IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

IN RE: MICHAEL VANCE TEEL AND　　　　　　　　　　CASE NO. 6:05-bk-72044M
TERRI LEAH TEEL,　　　　　　　　　　　　　　　　　CHAPTER 13
Debtors.

MICHAEL VANCE TEEL AND　　　　　　　　　　　　　PLAINTIFFS
TERRI LEAH TEEL

VS.　　　　　　　　　　AP NO. 6:06-ap-07064

DIRECT LOANS, A BRANCH OF THE　　　　　　　　　DEFENDANT
UNITED STATES DEPARTMENT OF EDUCATION

MEMORANDUM OPINION

On March 3, 2005, Michael Vance Teel and Terri Leah Teel ("Debtors") filed for voluntary relief under Chapter 13 of the United States Bankruptcy Code. The Debtors' Chapter 13 Plan was confirmed on February 8, 2006. The plan proposes to pay $36,450.00 to secured creditors and three cents on the dollar to unsecured creditors for 50 months. The plan does not specifically provide for payments regarding the student loan debt. On March 23, 2006, the Debtors filed a complaint to determine dischargeability of their consolidated student loan debts that have resulted in indebtedness to Direct Loans. The Debtors allege that repaying the debt owed to Direct Loans will cause them an undue hardship. After a hearing on the complaint on October 31, 2006, the Court took the matter under advisement.

The Court has jurisdiction under 28 U.S.C. § 1334 and § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I). The following shall constitute findings of fact and conclusions of law in accordance with Federal Rules of Bankruptcy Procedure 7052.

1

For the reasons given by the Honorable Morris Sheppard Arnold in <u>In re Bender</u>, 368 F.3d 846 (8th Cir. 2004), this case is not yet ripe for adjudication. This Court makes no findings regarding the merits of the Debtors' complaint.

By separate judgment, this adversary proceeding will be dismissed without prejudice to the filing at the appropriate time of a complaint to determine dischargeability of the Debtors' student loan debt.

IT IS SO ORDERED.

_____

JAMES G. MIXON

UNITED STATES BANKRUPTCY JUDGE

DATE: Dec. 27, 2006
_____

cc: Michael Vance Teel and Terri Leah Teel, Debtors
     Jo-Ann Goldman, Chapter 13 Trustee
     Winston C. Mathis, Esq.
     Claude S. Hawkins, Jr., U.S. Attorney